# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0694

_____

TIMOTHY MARR,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

August 2, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Timothy Marr. pro se, Appellant.

Dan Johnson, General Counsel, and Adam Wright, Assistant General Counsel, Department of Corrections, Tallahassee; Ashley Moody, Attorney General, Tallahassee, for Appellee.